IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**IN THE MATTER OF:**
**JAMES DICKENS,**                              **CASE NO. 08-80605-FJO-7**
**KATHY DICKENS,**
     **Debtors.**

**JAMES DICKENS,**                              Adversary Proc. No.10-58037
     **Plaintiff,**
vs

**HOMECOMINGS FINANCIAL,**
     **Defendant.**

## STIPULATION OF DISMISSAL

**COME NOW**, Plaintiff, James Dickens, by counsel, B. Scott Skillman, and Defendant, Homecomings Financial, by counsel, David J. Jurkiewicz, and for their Stipulation of Dismissal state the following:

1. On August 5, 2010, a Complaint was filed on behalf of Plaintiff, James Dickens, against Defendant, Homecomings Financial.

2. On March 28, 2011, an Answer was filed by Homecomings Financial.

3. On or about August 3, 2014, both parties agreed to Settle and Dismiss the Complaint.

**WHEREFORE**, Plaintiff, James Dickens, by counsel, B. Scott Skillman, and Homecomings Financial, by counsel, David J. Jurkiewicz, respectfully request the Court Dismiss the Adversary Proceeding with prejudice and for all other relief just and proper in the premises.

Respectfully submitted by:

| | |
|---|---|
| /s/ David J. Jurkiewicz #18018-53 | /s/ B. Scott Skillman #13771-49 |
| David J. Jurkiewicz | B. Scott Skillman, Esq. |
| Bose McKinney & Evans LLP | B. Scott Skillman, PC |
| 111 Monument Circle, Suite 2700 | 253 S McIlroy Ave |
| Indianapolis, IN  46204 | W. Terre Haute, IN 47885 |
| Attorney for Defendant | Attorney for Plaintiff |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

- David J. Jurkiewicz    DJurkiewicz@boselaw.com, mwakefield@boselaw.com;rmurphy@boselaw.com
- B. Scott Skillman    scott.skillman@gmail.com, G1546@notify.cincompass.com
- U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on the 4th day of November, 2014, a copy of the foregoing was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

(no manual recipients)

/s/ B. Scott Skillman
B. Scott Skillman, #13771-49